| D/KS Prob. 22 (Rev 06/13) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | PACTS# 30154<br>1083 6:13CR10005-001 |
| | | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00111-JAD-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT<br>District of Kansas | DIVISION<br>Wichita |
|---|---|---|
| Joshua T Hubbard | NAME OF SENTENCING JUDGE<br>Honorable Eric F. Melgren | |

☑ FILED    ____ RECEIVED
____ ENTERED    ____ SERVED ON

**JUNE 10 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ **AMMi** ____ DEPUTY

| DATES OF PROBATION / SUPERVISED RELEASE: | FROM<br>12/11/2025 | TO<br>12/10/2028 |
|---|---|---|

**OFFENSE:**

Receive Stolen Firearms in violation of 18 U.S.C. § 922J, Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER:**

Transfer of jurisdiction is advantageous for the person under supervision to be successful due to pro-social ties in the receiving district.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Nevada upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| April 28, 2026 | s/ John W. Broomes |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 6/10/2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |